Mark Borghese, Esq.
Nevada Bar No. 6231
*mborghese@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARALD RICHTER, an individual, | Case No.: 2:10-cv-01949-PMP-RJJ |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| NAMSUNG AMERICA, INC. d/b/a DUAL ELECTRONICS CORPORATION, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the Plaintiff voluntarily dismisses the above captioned litigation without prejudice against the Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 7th day of February, 2011.

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated:  February 7, 2011.

Respectfully Submitted,

**WEIDE & MILLER, LTD.**

_____
Mark Borghese, Esq.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Attorneys for Plaintiff